UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MYRA BRAGGS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| FLAGSHIP CREDIT ACCEPTANCE, | ) | 3:20-CV-1520-G (BT) |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore, it is ORDERED, ADJUDGED, and DECREED that the complaint is DISMISSED without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

The Clerk shall transmit to the parties a true copy of this Judgment and the Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 4, 2020.

*C. Joe Fish*
A. JOE FISH
Senior United States District Judge